IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 16-CR-6021(FPG) |
| FAYCAL TAOUZINET, | ) |
| Defendant. | ) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 11, 2016 and ending on December 10, 2016. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2016 at Rochester, NY.

s/Michelle McCreedy
Michelle McCreedy
Paralegal

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 16-CR-6021(FPG); NOTICE OF FORFEITURE

Notice is hereby given that on November 08, 2016, in the case of <u>U.S. v. FAYCAL TAOUZINET</u>, Court Case Number 16-CR-6021(FPG), the United States District Court for the Western District of New York entered an Order condemning and forfeiting the following property to the United States of America:

One HTC cell phone, Model OPFH100, SN: FA4BBY803992 Ser No: FA4BBY803992 (15-FBI-007070) which was seized from Faycal Taouzinet on June 22, 2015 at 100 State Street, located in Rochester, NY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 11, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 2120 United States Courthouse, 100 State Street, Rochester, NY  14614, and a copy served upon Assistant United States Attorney Grace Carducci, United States Attorney's Office, 500 Federal Building, Rochester, NY  14614. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 11, 2016 and December 10, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. FAYCAL TAOUZINET,

**Court Case No:** 16-CR-6021(FPG)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/11/2016 | 24.0 | Verified |
| 2 | 11/12/2016 | 24.0 | Verified |
| 3 | 11/13/2016 | 24.0 | Verified |
| 4 | 11/14/2016 | 24.0 | Verified |
| 5 | 11/15/2016 | 24.0 | Verified |
| 6 | 11/16/2016 | 24.0 | Verified |
| 7 | 11/17/2016 | 23.9 | Verified |
| 8 | 11/18/2016 | 24.0 | Verified |
| 9 | 11/19/2016 | 24.0 | Verified |
| 10 | 11/20/2016 | 24.0 | Verified |
| 11 | 11/21/2016 | 24.0 | Verified |
| 12 | 11/22/2016 | 24.0 | Verified |
| 13 | 11/23/2016 | 24.0 | Verified |
| 14 | 11/24/2016 | 24.0 | Verified |
| 15 | 11/25/2016 | 24.0 | Verified |
| 16 | 11/26/2016 | 24.0 | Verified |
| 17 | 11/27/2016 | 24.0 | Verified |
| 18 | 11/28/2016 | 24.0 | Verified |
| 19 | 11/29/2016 | 23.8 | Verified |
| 20 | 11/30/2016 | 24.0 | Verified |
| 21 | 12/01/2016 | 24.0 | Verified |
| 22 | 12/02/2016 | 24.0 | Verified |
| 23 | 12/03/2016 | 24.0 | Verified |
| 24 | 12/04/2016 | 24.0 | Verified |
| 25 | 12/05/2016 | 24.0 | Verified |
| 26 | 12/06/2016 | 24.0 | Verified |
| 27 | 12/07/2016 | 24.0 | Verified |
| 28 | 12/08/2016 | 24.0 | Verified |
| 29 | 12/09/2016 | 24.0 | Verified |
| 30 | 12/10/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.